No. 1019. Mercantile-Commerce Bank & Trust Co. et al. *v.* Helvering, Commissioner of Internal Revenue. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Blatchford Downing* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, L. W. Post,* and *Thomas E. Harris* for respondent.

No. 1057. Ziskin *v.* United States. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Max Ziskin, pro se.*

No. 839. Trinity Universal Insurance Co. *v.* Cunningham, Executrix, et al. May 20, 1940. Dismissed on motion of counsel for the petitioner. *Mr. Hobert Price* for petitioner. *Mr. Mont. T. Prewitt* for respondents.

No. 417. New World Life Insurance Co. *v.* United States. May 20, 1940. The petition for rehearing is granted, and the order denying certiorari, entered November 22, 1939, 308 U. S. 612, is vacated. The petition for writ of certiorari to the Court of Claims is granted, lim-